IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA THOMPSON**                                                                                           **PLAINTIFF**

V.                                       **No. 4:21-CV-00966-LPR-ERE**

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**                                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin.[1] No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 10.