IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA THOMPSON**                                                          **PLAINTIFF**

V.                   No. 4:21-CV-00966-LPR-ERE

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is hereby REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE